UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Law Office of Mike Assad, P.C.**
**Michael I. Assad**
**923 Haddonfield Rd Ste 336**
**Cherry Hill, NJ 08002-2752**
**Phone: (609) 808-3300**
**Email: mike@assad.law**
**Bar Number: 330937**
**Attorney for Debtor**

In Re:

Spells, Mable Glennis Estelle

Case No.: **26-16748**

Chapter: **13**

Adv. No.:

Hearing Date:

Judge:

## CERTIFICATION OF SERVICE

1.  I, _____Michael I. Assad_____ :

    ☑ represent __Mable Glennis Estelle Spells__ in this matter.

    ☐ am the secretary/paralegal for _____, who represents
    _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2.  On _____July 21, 2026_____, I sent a copy of the following pleadings and/or documents
    to the parties listed in the chart below.
    **- Notice of Chapter 13 Bankruptcy Case (ECF No. 4)**
    **- Chapter 13 Plan (ECF No. 10)**
    **- Notice of Hearing on Confirmation of Plan (ECF No. 11)**
    **- Order Respecting Amendment to Schedules (ECF No. 12)**

3.  I certify under penalty of perjury that the above documents were sent using the mode of service
    indicated.

Date: _____07/21/2026_____

_____/s/ Michael I. Assad_____
Michael I. Assad
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Garden Homes Management Corp.**<br>**Attn: Bankruptcy**<br>**29 Knapp St**<br>**Stamford, CT 06907-1725** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |